RECEIVED
IN LAKE CHARLES, LA
MAY 14 2014
TONY R. MO___ CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| HAGIE N. FOFANA | * CIVIL ACTION NO. 2:13-CV-2375 |
| Plaintiff | * |
| V. | * JUDGE MINALDI |
| ERIC HOLDER, JR., ET AL. | * |
| Defendants | * MAGISTRATE JUDGE KAY |

**ORDER**

For the reasons stated in the Report and Recommendation [Doc. 12] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the respondent's Rule 12(b)(1) Motion to Dismiss [Doc. 9] be and hereby is **GRANTED**, and that the above captioned matter be and hereby is **DISMISSED, WITHOUT PREJUDICE.**

Lake Charles, Louisiana, this 12 day of May, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE